**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR RECONSIDERATION EN BANC

Appellate case name:     Allen L. Berry, Joseph D. McCord, and Robert G. Taylor, II v. Encore Bank

Appellate case number:   01-14-00246-CV

Trial court case number:  2010-63264

Trial court:             152nd District Court of Harris County

Date motion filed:       July 1, 2015

Party filing motion:     Appellants

It is ordered that the motion for reconsideration en banc is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Harvey Brown
                    ☐ Acting individually    ☒ Acting for the Court

En Banc Panel consists of: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Brown, Huddle, and Lloyd


Date: September 22, 2015